UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| SHAKEENA RICE, individually and on behalf of all others similarly situated; TENETIA TURNER, an individual; ASHLEY JORDAN, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>MR. T'S, INC., a Florida corporation, formerly dba LOOKERS LOUNGE, aka CHEETAH; TERRY L. THOMAS, an individual; CLIFFORD G. MCGHEE, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:20-cv-05695-TKW-EMT<br><br>**COLLECTIVE ACTION** |

**PLAINTIFF TENETIA TURNER'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT**

COMES NOW plaintiff Tenetia Turner ("Plaintiff"), by and through her counsel of record, and hereby files Plaintiff's Notice of Acceptance of Defendants' Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff joined this action on August 31, 2020 [Dkt. 4];

2. On April 16, 2021, defendants MR. T'S, Inc., formerly dba Lookers Lounge, aka Cheetah, Terry L. Thomas, and Clifford G. McGhee (collectively,

"Defendants") served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of FIFTY-FIVE THOUSAND U.S. DOLLARS ($55,000.00). *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Respectfully submitted on April 16, 2021,

/s/    Jesenia A. Martinez

Jesenia A. Martinez
California Bar No. 316969
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone:  (310) 507-7924
Fax:  (310) 507-7906
j*esenia@kristensenlaw.com*
(*Pro Hac Vice*)

Raymond R. Dieppa, Esq.
Florida Bar No. 27690
**FLORIDA LEGAL, LLC**
12250 Biscayne Boulevard, Suite 405
North Miami, Florida 33181
Telephone: (305) 901-2209
*ray.dieppa@floridalegal.law*

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I certify that on Friday, April 16, 2021, a true and correct copy of the attached **PLAINTIFF TENETIA TURNER'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying document were served via CM/ECF on all participants of record, including the persons listed below, pursuant to Fed. R. Civ. P. 5.

Luke Lirot
Sean X. Colon
LUKE CHARLES LIROT, P.A
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
*luke2@lirotlaw.com*
*krista@lirotlaw.com*
*sean@lirotlaw.com*

***Attorneys for All Defendants***

                                                            */s/ Jesenia A. Martinez*
                                                             Jesenia A. Martinez