# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**SHAKEENA RICE**, individually and on behalf of all others similarly situated, **et al.**,

    **Plaintiffs**,

v.                                                 Case No. 3:20cv5695-TKW-EMT

**MR. T'S, INC.**, **et al.**,

    **Defendants**.

_____/

## ORDER

Upon due consideration of Plaintiffs' motion for approval of accepted offers of judgment (Doc. 30), it is **ORDERED** that the motion is **GRANTED**. Judgments in favor of each Plaintiff will be entered separately, and then the Clerk shall close the case file.

**DONE and ORDERED** this 3rd day of May, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**