UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| SHAKEENA RICE, individually and on behalf of all others similarly situated; TENETIA TURNER, an individual; ASHLEY JORDAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MR. T'S, INC., a Florida corporation, formerly dba LOOKERS LOUNGE, aka CHEETAH; TERRY L. THOMAS, an individual; CLIFFORD G. MCGHEE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-05695-TKW-EMT<br><br>**COLLECTIVE ACTION** |

## JUDGMENT IN FAVOR OF PLAINTIFF SHAKEENA RICE

On April 16, 2021, defendants MR. T'S, Inc., formerly dba Lookers Lounge, aka Cheetah, Terry L. Thomas, and Clifford G. McGhee (collectively, "Defendants") served plaintiff Shakeena Rice ("Plaintiff") with an Offer of Judgment in this action in the total amount of THIRTY THOUSAND U.S. DOLLARS ($30,000.00), inclusive of costs and attorneys' fees. On April 16, 2020, Plaintiff accepted the Offer. *See* Dkt. 25.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY THOUSAND U.S. DOLLARS ($30,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of THIRTY THOUSAND U.S. DOLLARS ($30,000.00), inclusive of costs and attorneys' fees, with interest at the legal rate of ten percent (10%) per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: May 3, 2021

HONORABLE T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE