UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| SHAKEENA RICE, individually and on behalf of all others similarly situated; TENETIA TURNER, an individual; ASHLEY JORDAN, an individual,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MR. T'S, INC., a Florida corporation, formerly dba LOOKERS LOUNGE, aka CHEETAH; TERRY L. THOMAS, an individual; CLIFFORD G. MCGHEE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. 3:20-cv-05695-TKW-EMT<br><br>**COLLECTIVE ACTION** |

### NOTICE OF SATISFACTION OF JUDGMENTS AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiffs Shakeena Rice, Tenetia Turner, and Ashley Jordan ("Plaintiffs") and defendants Mr. T's, Inc., formerly Lookers Lounge, aka Cheetah, Terry L. Thomas, and Clifford G. McGehee (collectively, "Defendants"), by and through their respective counsel of record, and respectfully submit this Notice of Satisfaction of Judgments and Joint Request for Dismissal with Prejudice as follows:

**WHEREAS**, Judgment [Dkt. 32] was entered in the above-action on May 3, 2021 in favor of plaintiff Shakeena Rice ("Plaintiff") and Defendants in the amount

of THIRTY THOUSAND U.S. DOLLARS ($30,000), and said Judgment having been fully paid, it is certified that there are no outstanding executions with any Sheriff or Marshal,

**WHEREAS**, Judgment [Dkt. 33] was entered in the above-action on May 3, 2021 in favor of plaintiff Tenetia Turner ("Plaintiff") and Defendants in the amount of FIFTY-FIVE THOUSAND U.S. DOLLARS ($55,000), and said Judgment having been fully paid, it is certified that there are no outstanding executions with any Sheriff or Marshal,

**WHEREAS**, Judgment [Dkt. 34] was entered in the above-action on May 3, 2021 in favor of plaintiff Ashley Jordan ("Plaintiff") and Defendants in the amount of SEVENTY-FIVE THOUSAND U.S. DOLLARS ($75,000), and said Judgment having been fully paid, it is certified that there are no outstanding executions with any Sheriff or Marshal,

**THEREFORE**, full and complete satisfaction of said judgments are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgments.

**FURTHER**, Plaintiffs and Defendants respectfully request, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissal of all of Plaintiffs' claims asserted in their last operative Complaint, with prejudice.

Respectfully submitted on May 26, 2021,

/s/     Jesenia A. Martinez

Jesenia A. Martinez
California Bar No. 316969
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*jesenia@kristensenlaw.com*
(*Pro Hac Vice*)

Raymond R. Dieppa, Esq.
Florida Bar No. 27690
**FLORIDA LEGAL, LLC**
12250 Biscayne Boulevard,
Suite 405
North Miami, Florida 33181
Telephone: (305) 901-2209
*ray.dieppa@floridalegal.law*

*Counsel for Plaintiffs*

/s/     Luke Lirot
Luke Lirot
Florida Bar No. 714836
**LUKE CHARLES LIROT, P.A.**
2240 Belleair Rd., Suite 190
Clearwater, Florida 33764
*Luke2@lirotlaw.com*
*sean@lirotlaw.com*
*office@lirotlaw.com*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on Wednesday, May 26, 2021, a true and correct copy of the attached **NOTICE OF SATISFACTION OF JUDGMENTS AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF on all participants of record, including the persons listed below, pursuant to Fed. R. Civ. P. 5.

Luke Lirot
Sean X. Colon
LUKE CHARLES LIROT, P.A
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
*luke2@lirotlaw.com*
*krista@lirotlaw.com*
*sean@lirotlaw.com*

***Attorneys for All Defendants***

                                      */s/ Jesenia A. Martinez*
                                        Jesenia A. Martinez